UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA

    -v-

BILLY CAROLEO and MICHAEL BITZ

ORDER OF DISMISSAL

CR 91-508

------------------------------------------X

NICKERSON, U.S.D.J.

By letter dated December 13, 1995 from the United States Attorney by Assistant United States Attorney James Orenstein the Court was notified that indictment number CR 91-508 should have been dismissed against the above named defendants at the conclusion of their sentencing on other charges.

It is therefore ordered that the indictment is hereby dismissed against the above-named defendants.

The Clerk of Court is directed to close the case as to these defendants.

*Eugene H. Nickerson*

Dated: December 14, 1995
       Brooklyn, New York